1
2
3                                                                    JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11    JOSE P. MITCHELL,                    Case No. 2:21-cv-07789-MWF-KES
12             Plaintiff,
13         v.                              **JUDGMENT**
14    LOS     ANGELES     COUNTY
15    SHERIFF'S DEPARTMENT, et al.,
16             Defendants.
17
18
19         Pursuant to the Court's Order Dismissing Action Without Prejudice for Failure
20    to Prosecute,
21         IT IS ADJUDGED that the First Amended Complaint and entire action is
22    dismissed without prejudice.
23
24    DATED:  August 30, 2022          _____
25                                     MICHAEL W. FITZGERALD
                                       UNITED STATES DISTRICT JUDGE
26
27
28